IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LARRY KUCHENMEISTER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:20-cv-618-N (BT) |
| | § | |
| | § | |
| BCN# 24038807 JOHN FRANCIS CASH, | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed this 14th day of August, 2020.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE